UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ALEC H. FROMBERG,
        Plaintiff,

v.                                                        CIVIL ACTION NO. 15-14183-LTS

CITY OF MARLBOROUGH,
        Defendant.

## MEMORANDUM AND ORDER FOR DISMISSAL

SOROKIN, U.S.D.J.

      On January 4, 2016, this Court issued a Memorandum and Order (Docket No. 6) denying plaintiff's Motion for a Preliminary Injunction enjoining criminal proceedings, denying his Motion for Appointment of Counsel and granting the Motion for Leave to Proceed *in forma pauperis*. Additionally, this Court dismissed the City of Marlborough as a defendant *sua sponte* and directed plaintiff to demonstrate good cause in writing why this action should not be dismissed for the reasons stated therein, or file an Amended Complaint by February 8, 2016.

      To date, plaintiff has not filed either an Amended Complaint or a show cause response as directed and the time period for doing so has expired.

      Accordingly, for the failure of the plaintiff to comply with the Court's directives and for the substantive reasons set forth in the Memorandum and Order (Docket No. 6), this action is hereby DISMISSED in its entirety.

SO ORDERED.

                                                                 /s/ Leo T. Sorokin
                                                                 LEO T. SOROKIN
                                                                 UNITED STATES DISTRICT JUDGE

DATED: March 7, 2016